IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOEL CAHN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF HIGHLAND PARK, NANCY ROTERING, and MICHAEL BLUE,<br><br>    Defendants. | Case No. 11 C 6082<br><br>Judge Darrah<br><br>Magistrate Judge Martin |

**AGREED ORDER OF DISMISSAL AND**
**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

This matter coming to be heard by agreement of the Parties, the parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of Kokkonen v. Guardian Life Insurance Company of America, 511, U.S. 375, 381-82 (1994). It is hereby ordered:

1. Plaintiff's remaining claims in this lawsuit are dismissed with prejudice with each party to bear its own fees and costs; and

2. The Magistrate Judge retains jurisdiction to enforce this Order and the terms of the Parties' Settlement Agreement dated July 15, 2013, which are incorporated herein by reference; and the Parties consent under 28 USC §636(c) to have the Magistrate Judge conduct all further proceedings.

By: _____ 7/30/2013
Magistrate Judge Daniel G. Martin

Joel Cahn

By: _____
Walters O'Brien Law Offices
800 West Huron Street, Suite 4E
Chicago, IL 60642
312-428-5890

City of Highland Park, Nancy Rotering and Michael Blue

By: _____
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
312.263-3600